# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | )
|---|---|
| IN THE MATTER OF THE SEARCH OF SEVEN UNITED STATES POSTAL SERVICE PARCELS FURTHER DESCRIBED IN ATTACHMENT A | ) ) ) Case No.  25- 1146 (M) ) ) ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of __Puerto Rico__
*(identify the person or describe the property to be searched and give its location)*:

See Attachment A. Incorporated as Reference

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

See Attachment B. Incorporated as Reference

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____
                                                                (not to exceed 14 days)

☐ in the daytime  6:00 a.m. to 10 p.m.     ☑ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge on duty _____ .
                                            *(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30).*
                                                    ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:  __12/16/25 at 5:48 pm__                    _____
                                                                                        *Judge's signature*

City and state:         __San Juan, PR__                       Hon. Mariana Bauzá Almonte, U.S. Magistrate Judge
                                                                                        *Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| **Return** ||||
|---|---|---|---|
| Case No.: <br> 25-1146 (M) | Date and time warrant executed: <br> 12/17/2025 8:30 am || Copy of warrant and inventory left with: <br> USPIS San Juan Field Office |
| *Inventory made in the presence of :* <br> A. Oneill/F.Arce-Morales/D.Nieves/E.Leon/J.Hernandez ||||
| *Inventory of the property taken and name of any person(s) seized:* <br><br> USPS Parcels and the following contents: <br><br> • 9114 9023 0722 4321 4348 45: 515 grams of cocaine. <br> • 9505 5110 9897 5349 1356 09: Negative for narcotics or narcotics proceeds. <br> • 9505 5110 9898 5349 2156 38: 1,025 grams of cocaine. <br> • 9505 5102 9443 5349 1542 60: 1,030 grams of cocaine. <br> • 9505 5110 0909 5349 8054 59: 1,015 grams of cocaine. <br> • 9505 5114 1627 5349 7258 34: 1,065 grams of cocaine. <br> • 9505 5107 0256 5349 1318 32: 3,060 grams of cocaine. ||||
| **Certification** ||||
| I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge. <br><br> Date:  12/17/2025 | | *Executing officer's signature* <br><br> Fabian Arce-Morales U.S. Postal Inspector <br> *Printed name and title* ||

# ATTACHMENT A

## Property to Be Searched

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-A | (P) 9114 9023 0722 4321 4348 45 | Joshua M. Villanueva Cruz Bo Rincon Carr 181 Km 2.9 Gurabo, PR 00778 | Willian Rivera 4129 Allen St, Unit 101 New Britain, cT 06053 |



1

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-B | (P) 9505 5110 9897 5349 1356 09 | Medina Fam.<br>PO Box 1912<br>Caguas, PR 00726 | Bob Dunbar<br>34 Ernestine St<br>Rochester, NY 14619 |





| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From:<br><br>Name and Address | To:<br><br>Name and Address |
|---|---|---|---|
| 4-C | (P) 9505 5110 9898 5349 2156 38 | Selena Calderon<br>C99 calle Tres<br>Caguas P.R. 00725 | Luis f. Lopez<br>451 Garfield Ave.<br>Trenton NJ 08629 |



3

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-D | (P) 9505 5102 9443 5349 1542 60 | Luis Camacho<br>523 C. Angel M. Marin<br>Arecibo, 00612, Puerto Rico | Angie Maldonado<br>145 sisson Ave, 2fl<br>Hartford, CT 06105, USA |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-E | (P) 9505 5110 0909 5349 8054 59 | Alejandro Cáceres<br>Bo. Islote<br>320 Calle 15<br>Arecibo P.R. 00612 | Antonio L. Cáceres<br>3236 Buckland St.<br>Deltona, Florida<br>32738-5417 |



| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-F | (P) 9505 5114 1627 5349 7258 34 | Victor Rodriguez 300 Calle Jesus Tizol Apt 2 San Juan 00907 | Helen Diaz 6451 Tabogi trl Wesley Chapel FL, 33545 |



6

| Subject Parcel | Express (E) or Priority (P) and Tracking ID number | From: Name and Address | To: Name and Address |
|---|---|---|---|
| 4-G | (P) 9505 5107 0256 5349 1318 32 | Gabriel Rosario Comm San Isidro 400 Calle 18 Canovanas PR 00729 | Carlos Rosario 1105 Sea eagle groveland FL 34736 |



7

## ATTACHMENT B
### Particular Things to be Seized

All records and items in the Subject Parcels described in Attachment A that relate to violations of: (1) Possession with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 841(a)(1); (2) Conspiracy to Possess with Intent to Distribute a Controlled Substance in violation of 21 U.S.C. § 846; and (3) Transportation of a Controlled Dangerous Substance via the United States Mail in violation of 21 U.S.C. § 843(b) ("the Subject Offense"), including but not limited to:

a. controlled substances;

b. paraphernalia for packaging, processing, diluting, weighing, and distributing controlled substances, such as scales, funnels, sifters, grinders, glass panes and mirrors, razor blades, plastic bags, microwave ovens, heat-sealing devices, and diluents;

c. Any information related to sources of drugs (including names, addresses, phone numbers, or any other identifying information);

d. United States Currency; and

e. Indicia of possession, custody, or control, including any information related to the use of false or fraudulent identities.